UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DERALD SOLOMON | No. 26-cr-00069-PB-AJ<br><br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 1466A |

# SUPERSEDING INDICTMENT

**The Grand Jury charges:**

## COUNT ONE

**[18 U.S.C. § 2252A(a)(2) – Distribution of Child Pornography]**

On or about March 10, 2026, in the District of New Hampshire, the defendant,

**DERALD SOLOMON**,

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped or transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT TWO

**[18 U.S.C. § 2252A(a)(2) – Distribution of Child Pornography]**

On or about March 24, 2026, in the District of New Hampshire, the defendant,

**DERALD SOLOMON**,

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped or transported using any means and facility of

interstate and foreign commerce, and that had been shipped and transported in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

**COUNT THREE**

**[18 U.S.C. § 2252A(a)(2) – Distribution of Child Pornography]**

On or about March 31, 2026, in the District of New Hampshire, the defendant,

**DERALD SOLOMON**,

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped or transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

**COUNT FOUR**

**[18 U.S.C. § 2252A(a)(2) – Distribution of Child Pornography]**

On or about April 28/29, 2026, in the District of New Hampshire, the defendant,

**DERALD SOLOMON**,

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped or transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

**COUNT FIVE**

**[18 U.S.C. § 2252A(a)(5)(B) – Possession of Child Pornography]**

On or about May 21, 2026, in the District of New Hampshire, the defendant,

**DERALD SOLOMON**,

did knowingly possess and access with intent to view, material that contained an image of child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), that had been transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

**COUNT SIX**

**[18 U.S.C. § 1466A – Possession of Obscene Material]**

On or about May 21, 2026, in the District of New Hampshire, the defendant,

**DERALD SOLOMON**,

did knowingly possess a visual depiction of any kind that (i) depicts a minor engaging in sexually explicit conduct and is obscene; and (ii) depicts an image that is, or appears to be, of a minor engaging in sexual intercourse, including genital-genital and oral-genital, whether between persons of the same or opposite sex and lacks serious literary, artistic, political, or scientific value, and this visual depiction had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that have been mailed, and that have been shipped and transported in interstate and foreign commerce by any means, including by computer in violation of Title 18, United States Code, Section 1466A(b)(1), (b)(2).

NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in the Indictment, the defendant shall forfeit to

the United States pursuant to 18 U.S.C. § 2253, any property, real or personal, constituting or traceable to gross profits and other proceeds from the charged offenses, and any property, real or personal, used or intended to be used in any manner or part to commit and to promote the commission of the charged offenses and any property traceable to such property, including, but not limited to all electronic devices seized as part of the search conducted on May 21, 2026.

A TRUE BILL

/s/ Foreperson
Grand Jury Foreperson

ERIN CREEGAN
United States Attorney

/s/ Matthew T. Hunter
Matthew T. Hunter
Assistant United States Attorney

/s/ Christopher R. Mignanelli
Christopher R. Mignanelli
Assistant United States Attorney

Date: