AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DERALD SOLOMON<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-cr-69-PB-AJ-01 |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❒ Indictment ☑ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of Court

| | |
|---|---|
| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.: B<br>Date and Time: 09/25/2026 11:00 am |

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 2252A(a)(2) – Distribution of Child Pornography
Count 2: 18 U.S.C § 2252A(a)(2) – Distribution of Child Pornography
Count 3: 18 U.S.C § 2252A(a)(2) – Distribution of Child Pornography
Count 4: 18 U.S.C § 2252A(a)(2) – Distribution of Child Pornography
Count 5: 18 U.S.C. § 2252A(a)(5)(B) – Possession of Child Pornography
Count 6: 18 USC § 1466A – Possession of Obscene Material

Date: 09/17/2026

UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE
**Tracy Uhrin, Clerk**
**By: /s/ Julianne Black, Deputy Clerk**
**Sep 17, 2026**

---

I declare under penalty of perjury that I have:

X Executed and returned this summons ❒ Returned this summons unexecuted

Date: 09/18/2026

Melissa Freniere
*Server's signature*

Melissa Freniere
*Printed name and title*