AO 442 (Rev. 11/11) Arrest Warrant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Derald Solomon

Case No. 26-cr-69-01-PB-AJ

**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Derald Solomon who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment
☐ Probation Violation Petition
☐ Superseding Indictment
☒ Supervised Release Violation Petition
☐ Information
☐ Superseding Information
☐ Violation Notice
☐ Complaint
☐ Order of the Court

This offense is briefly described as follows: See Petition Attached.

Date: 11/2/2026

**Tracy Uhrin, Clerk**

**By: /s/ Jennifer Bartlett, Deputy Clerk**

City and state: Concord, NH

**Nov 02, 2026**

UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE

**Return**

This warrant was received on *(date)* 11/2/2026, and the person was arrested on *(date)* 11/3/2026 at *(city and state)* Manchester, NH.

Date: 11/3/2026

Timothy Larrabee

*Arresting officer's signature*

Tim Larrabee/DUSM

*Printed name and title*